# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER FREEMAN, | : | No. 17 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD OF PROBATION AND PAROLE AND GENERAL ASSEMBLY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of May, 2023, the Petition for Leave to Appeal *Nunc Pro Tunc* is DENIED.